United States District Court
Eastern District of Michigan
Southern Division

**Manuel Ramon Guyzik**,

    Plaintiff,

                        Case No. 16-12430

v.                             Hon. Robert H. Cleland
                             Mag. Elizabeth A. Stafford

**Kleinschmidt,** *et al***.**

    Defendants.

---

# Order of Substitution

---

Pursuant to 28 U.S.C. § 2679, 5 U.S.C. § 3374, and 28 U.S.C. § 2671, and in accordance with federal defendants' Notice of Substitution (Dkt. 21) filed on October 20, 2016, the United States will be substituted for defendants Kent Kleinschmidt, Jeremy Fitch, Jeffrey Moore, Justin Holton, Steve West, Michael Andes, David Powell, and Chad Teets, as the sole defendant to plaintiff's Counts 2, 4, 8, 9, and 10.

                                S/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated:  November 3, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 3, 2016, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522